# DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:00-CR-44

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **ENRICO TORRES FOX** (2) | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the defendant's Motion to Rescind Order Denying Relief and Reconsider After Briefing [doc. 49]. For cause shown, the Motion is **GRANTED**.

**IT IS ORDERED** that the Order denying Motion to Reduce Sentence [doc. 48] is hereby **RESCINDED**.

**IT IS FURTHER ORDERED** that the defendant is to file his brief within 10 business days of the date of this Order. The defendant is also directed to indicate whether he intends to file a reply to the government's response. The government is required to respond within 10 business days after the defendant's brief is filed.

SO ORDERED.    Signed: May 13, 2008

Graham C. Mullen
United States District Judge